# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOHN SLATER, LEE ANN CASANOVA, on behalf of themselves and all others similarly situated<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION | §<br>§<br>§  Civil Action No.  4:22cv547<br>§  Judge Mazzant<br>§<br>§<br>§<br>§ |

### ORDER

It is hereby ORDERED that this case is ADMINISTRATIVELY CLOSED during the pendency of the bankruptcy case referenced in the Order (Dkt. #6) entered on July 20, 2022.

**IT IS SO ORDERED.**
**SIGNED this 15th day of December, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE